JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. BOWIE, | NO. CV 12-9406-MMM (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| RON BARNES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 14, 2015

_____
MARGARET M. MORROW
United States District Judge